**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 11-6569**

—————————

ALFRED L. FORBES, JR., a/k/a James Forbes,

Plaintiff – Appellant,

v.

VIRGINIA BEACH POLICE DEPARTMENT, Precinct #2; HARVEY
BRYANT; WILLIAM SESSOMS,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (2:11-cv-00007-RAJ-TEM)

—————————

Submitted:  June 16, 2011                Decided:  June 21, 2011

—————————

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Alfred L. Forbes, Jr., Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alfred L. Forbes, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice for failing to pay the filing fee and failing to apply to proceed without prepayment of the fee under 18 U.S.C. § 1915(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Forbes v. Virginia Beach Police Dep't, No. 2:11-cv-00007-RAJ-TEM (E.D. Va. Apr. 18, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2